```
                           United States Bankruptcy Court
                            Western District of New York
```

In re:                                                          Case No. 11-20228-JCN
David L Simpson                                                 Chapter 7
        Debtor                     **CERTIFICATE OF NOTICE**

District/off: 0209-2        User: telesca              Page 1 of 1             Date Rcvd: Jun 24, 2011
                            Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2011.
db          +David L Simpson,    P.O. Box 255,    Hornell, NY 14843-0255

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2011**                  **Signature:**   _/s/ Joseph Speetjens_

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In Re:

    David L Simpson

        Debtor(s)

Case No.: 2−11−20228−JCN
Chapter: 7

SSN: xxx−xx−9111

## FINAL DECREE

The Trustee in the above−entitled case has filed a Report of No Distribution with respect to **David L Simpson** and appears to have performed all other duties in the administration of said debtor's case.

**IT IS ORDERED THAT:**

Lucien A. Morin II is discharged as Trustee of the estate(s) of the above−named debtor(s).

The case of the above−named debtor(s) is closed.

Dated: June 24, 2011          **HONORABLE JOHN C. NINFO II**
                                         United States Bankruptcy Court

Form fnldec/Doc 14
www.nywb.uscourts.gov